FILED
CLERK, U.S. DISTRICT COURT

3/22/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> $321,006.35 IN U.S. CURRENCY, <br><br> Defendant. <br><br> KOAN YOU LAY, INDIVIDUALLY AND ON BEHALF OF KHMER SARMEY JEWELRY STORE, ET AL., <br><br> Claimants. | Case No. CV 15-3667-MWF(Ex) <br><br> **CONSENT JUDGMENT OF FORFEITURE BETWEEN PLAINTIFF UNITED STATES OF AMERICA, ON THE ONE HAND AND CLAIMANTS KOAN YOU LAY AND KHMER SARMEY JEWELRY STORE, ON THE OTHER HAND WITH RESPECT TO THE FUNDS CLAIMED BY CLAIMANTS KOAN YOU LAY AND KHMER SARMEY JEWELRY STORE IN THIS CIVIL FORFEITURE PROCEEDING** <br><br> [This Consent Judgment Of Forfeiture Is Not Dispositive Of This Entire Action] |

On or about August 11, 2015, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a First Amended Complaint for Forfeiture alleging that the defendant $321,006.35 in U.S. Currency (the "defendant currency") is subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6). The

First Amended Complaint provides that the defendant currency is comprised of the following:

    (a)  $100,000.00 seized during a traffic stop on or about June 26, 2014 of a Honda near Pacific Coast Highway and 10th Street in Long Beach, California being operated by Hong Kim Nguyen Huynh and registered to Roanna Huynh;

    (b)  $100,000.00 seized during the execution of a state search warrant on or about August 26, 2014 at Benson Auto Body & Paint, Inc., 15032 Jackson Street in Midway City, California;

    (c)  $78,478.35 seized during the execution of a state search warrant on or about August 26, 2014 at King Cargo, 10471 Bolsa Avenue in Westminster, California; and

    (d)  $42,528.00 seized during the execution of a state search warrant on or about August 26, 2014 at the Target parking lot located at 13831 Brookhurst Street in Garden Grove, California during a traffic stop on a 2003 Toyota pickup truck registered to and being operated by Hong Kim Nguyen Huynh.

On or about October 14, 2015, Son Nguyen, individually and on behalf of King Cargo filed a claim to $112,082.35 of the defendant currency, Hong-Kim Nguyen Huynh, a.k.a. Kim Huynh filed a claim to $108,924.00 of the defendant currency and Lam Huynh, individually and on behalf of Benson Auto Body and Paint, Inc. filed a claim to $100,000.00 of the defendant currency.  On or about October 27, 2015, Son Nguyen, individually and on behalf of King Cargo, Hong-Kim Nguyen Huynh, a.k.a. Kim Huynh and Lam Huynh, individually and on behalf of Benson Auto Body

1  and Paint, Inc. filed their respective answers to the First
2  Amended Complaint.
3      On or about September 15, 2015, claimant Koan You Lay filed
4  a claim to $20,000.00, alleging that those funds were part of
5  the defendant currency and claimants Koan You Lay and Khmer
6  Sarmey Jewelry Store filed a claim to $15,118.00, alleging that
7  those funds were part of the defendant currency.  The $20,000.00
8  claimed by Koan You Lay and the $15,118.00 claimed by Koan You
9  Lay and Khmer Sarmey Jewelry Store are hereinafter referred to
10 as the "Koan You Lay/Khmer Sarmey Jewelry Claimed Funds."  On or
11 about October 6, 2015, claimants Koan You Lay and Khmer Sarmey
12 Jewelry Store filed their answer to the First Amended Complaint.
13     No other parties have appeared in this case and the time
14 for filing claims and answers has expired.
15     The government, on the one hand, and claimants Koan You Lay
16 and Khmer Sarmey Jewelry Store, on the other hand, have now
17 agreed to settle this action relative to the disputes between
18 them with respect to the Koan You Lay/Khmer Sarmey Jewelry
19 Claimed Funds and to avoid further litigation by entering into
20 this Consent Judgment of Forfeiture.
21     The Court, having been duly advised of and having
22 considered the matter, and based upon the mutual consent of the
23 parties hereto,
24     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
25     1.  As between the United States of America, on the one
26 hand, and claimants Koan You Lay and Khmer Sarmey Jewelry Store,
27 on the other hand, this Court has jurisdiction over the subject
28 matter of this action and the parties to this Consent Judgment

of Forfeiture with respect to the Koan You Lay/Khmer Sarmey Jewelry Claimed Funds.

2.   As between the United States of America, on the one hand, and claimants Koan You Lay and Khmer Sarmey Jewelry Store, on the other hand, the First Amended Complaint for Forfeiture states a claim for relief pursuant to 18 U.S.C. §§ 981(a)(1)(A) & (C) and 21 U.S.C. § 881(a)(6) with respect to the Koan You Lay/Khmer Sarmey Jewelry Claimed Funds.

3.   Notice of this action has been given as required by law.  No appearances have been made in the litigation by any person other than Son Nguyen, individually and on behalf of King Cargo, Hong-Kim Nguyen Huynh, a.k.a. Kim Huynh, Lam Huynh, individually and on behalf of Benson Auto Body and Paint, Inc., Koan You Lay and Khmer Sarmey Jewelry Store with respect to the Koan You Lay/Khmer Sarmey Jewelry Claimed Funds.  The Court deems that all other potential claimants admit the allegations of the First Amended Complaint for Forfeiture to be true with respect to the Koan You Lay/Khmer Sarmey Jewelry Claimed Funds.

4.   Koan You Lay, Khmer Sarmey Jewelry Store and each of their respective interests in the Koan You Lay/Khmer Sarmey Jewelry Claimed Funds shall be condemned and forfeited to the United States of America, which shall dispose of Koan You Lay, Khmer Sarmey Jewelry Store and each of their respective interests in the Koan You Lay/Khmer Sarmey Jewelry Store Claimed Funds in accordance with law.

5.   Claimants Koan You Lay and Khmer Sarmey Jewelry Store, and each of them, hereby release the United States of America, its agencies, agents, officers, employees and representatives,

1  including, without limitation, all agents, officers, employees
2  and representatives of the Drug Enforcement Administration or
3  the Department of Justice and their respective agencies, as well
4  as all agents, officers, employees and representatives of any
5  state or local governmental or law enforcement agency involved
6  in the investigation or prosecution of this matter, from any and
7  all claims, actions or liabilities arising out of or related to
8  this action, including, without limitation, any claim for
9  attorney fees, costs and interest, which may be asserted by or
10 on behalf of claimants Koan You Lay and Khmer Sarmey Jewelry
11 Store, or either of them, whether pursuant to 28 U.S.C. § 2465
12 or otherwise.
13      6.   As between the United States of America, on the one
14 hand, and claimants Koan You Lay and Khmer Sarmey Jewelry Store,
15 on the other hand, the Court finds that there was reasonable
16 cause for the seizure of the Koan You Lay/Khmer Sarmey Jewelry
17 Store Claimed Funds and institution of these proceedings.  This
18 judgment shall be construed as a certificate of reasonable cause
19 pursuant to 28 U.S.C. § 2465 as between the United States of
20 America, on the one hand, and claimants Koan You Lay and Khmer
21 Sarmey Jewelry Store, on the other hand, with respect to the
22 Koan You Lay/Khmer Sarmey Jewelry Store Claimed Funds.
23      7.   The Court further finds that claimants Koan You Lay
24 and Khmer Sarmey Jewelry Store, and each of them, did not
25 substantially prevail in this action, and the parties hereto
26 shall bear their own attorney fees and costs.
27
    DATED: March 22, 2016          _____
28                                 THE HONORABLE MICHAEL W. FITZGERALD
                                   United States District Judge

CONSENT

The parties hereto consent to the above Consent Judgment of Forfeiture and waive any right to appeal this Consent Judgment of Forfeiture.

Dated: March 7, 2016

EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United states Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: March 8, 2016

MORTIMER LAW FIRM

_____
THOMAS F. MORTIMER, JR.

Attorneys for Claimants
KOAN YOU LAY, INDIVIDUALLY, AND ON BEHALF OF KHMER SARMEY JEWELRY STORE